UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>DUTCHESS Z. BOOZE, et al.,<br><br>        Defendants. | Case No. 19-cv-01633-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on March 29, 2019. Default was entered against Defendant Keven U. Booze on July 26, 2019 and against Dutchess Z. Booze on August 21, 2019. However, Plaintiff has not yet filed a motion for default judgment. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than February 18, 2020 why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: February 7, 2020

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge