**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAMUEL LOVE,**<br><br>         Plaintiff,<br><br>    vs.<br><br>**DUTCHESS Z. BOOZE, ET AL.,**<br><br>         Defendants. | CASE NO. 19-cv-01633-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

On June 2, 2020, the Court entered an order adopting in part the Magistrate Judge's report and recommendation on plaintiff Samuel Love's motion for default judgment against defendants Dutchess Z. Booze and Kevin U. Booze. (Dkt. No. 29.) Therein, the Court denied without prejudice the motion for default judgment and directed plaintiff to file, by no later than July 10, 2020, proper proof of service or a statement explaining the grounds for believing defendants were properly served via the Doe individuals. To date, plaintiff has not submitted this filing.

As such, plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. A compliance deadline shall be set for **9:01 a.m.** on **Friday, September 25, 2020**. **Five (5) business days prior**, plaintiff shall file a response to the Court's prior order dated June 2, 2020. If compliance is complete, the compliance deadline will be taken off calendar. Failure to comply will result in dismissal of this case.

**IT IS SO ORDERED.**

Dated: August 27, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**